NEW YORK LIFE INSURANCE COMPANY, Plaintiff, v. BEATRICE KAISER and Another, Respondents, Impleaded with MAE WAMBOLD, Defendant, and FRANK J. KNAB, Appellant.— Judgment affirmed, with costs, upon the ground that the attempted change of beneficiaries was not made substantially as required by the

terms of the policy, nor did the insured do all within his power to comply with such requirements. Equity cannot close the gap. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.